**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMERICAN STRATEGIC** | : | |
| **INSURANCE CORP.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-18** |
| | : | |
| **KEVIN BURKHARDT** | : | |

## ORDER

This 19th day of April 2022, upon review of Plaintiff's Complaint for Declaratory Judgment (ECF 1) and its Motion for Default Judgment (ECF 5), it is hereby **ORDERED** in accordance with the accompanying Memorandum that judgment is **ENTERED** in favor of American Strategic Insurance Company and against Kevin Burkhardt, declaring as follows: American Strategic Insurance Company has no duty to provide a continued defense, or indemnification to Kevin Burkhardt in connection with any settlement, verdict or judgment related to the claims asserted in the underlying lawsuit currently pending before the Court of Common Pleas of Montgomery County, Pennsylvania, captioned *Darren Cadigan and James T. Hanible v. Kevin Burkhardt, 7-Eleven #1405, d.b.a. 7-Eleven, a.k.a. Anju Patel Corp. and 7-Eleven,* C.P. Montgomery County, No. 2020-03236. The Clerk of Court is requested to mark this case **CLOSED** for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge